UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 13-087 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ALICIA KATHLEEN CRUZ, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:  Aggravated Identity Theft (two counts)

<u>Date of Detention Hearing</u>:  February 15, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was convicted in June 27, 2008 of the crime of Felon in Possession of

DETENTION ORDER
PAGE -1

a Firearm, Bank Fraud, Social Security Fraud, and Aggravated Identity Theft in Case No. CR08-031 TSZ and in September 23, 2011 of the crime of Escape, Case No. CR11-231 RAJ. She is also charged with violating the conditions of supervised release in those cases, related to the alleged offense conduct in this matter. She has admitted some of the alleged violations, and is pending evidentiary hearings in the others.

2. Defendant does not contest detention. She was not interviewed by Pretrial Services.

3. Defendant poses a risk of nonappearance due to a lengthy history of failures to appear, an escape conviction and disregard of supervision conditions, and additional pending supervised release violations. Defendant poses a risk of financial danger given the similar nature of the instant offense and prior convictions.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 15th day of February, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3